**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 651 MAL 2023

Respondent

: Petition for Allowance of Appeal
: from the Order of the Superior Court

v.

SHACUBE ENOCH YOUNG,

Petitioner

## ORDER

**PER CURIAM**

     **AND NOW**, this 24th day of June, 2024, the Petition for Allowance of Appeal is **DENIED**.